**FILED**
CLERK, U.S. DISTRICT COURT
MAR 7 2008
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | NO. CV 08-1426-GHK |
|---|---|---|
| Plaintiff, | ) | CR 05-657 |
| | ) | JUDGMENT |
| vs. | ) | |
| OCTAVIO IXCOY | ) | |
| Defendant. | ) | |

Pursuant to our March 6, 2008 order, IT IS HEREBY ADJUDGED that this action is dismissed without prejudice.

DATED: MARCH 6, 2008

_____
George H. King
United States District Judge